<u>IN THE COURT OF CORPUS CHRISTI TEXAS, COUNTY OF NUECES, CORPUS CHRISTI , TEXAS</u> \*\*\*\*\*\*\*\*\*\*\*\*

WILFORD COLLINS     \*    IN THE **C-00-011**
VS.     \*    DISTRICT COURT , COUNTY
STATE OF TEXAS ,U.T.M.B.,     \*    OF NUECES , CORPUS CHRISTI
UNIVERSITY OF TEXAS MEDICAL     \*    TEXAS .......
    \*

United States District Court
Southern District of Texas
FILED

<u>TO THE HONORABLE JUDGE OF SAID COURT:</u>

JAN 11 2000

Michael N. Milby, Clerk

<u>APPLICATION FOR WRIT OF HEABES CORPUS</u>

    COMES NOW WILFORD COLLINS APPLICANT "([P]RO-SE)",IN THE ABOVE AND , NUMBERED CAUSE AND FILES HIS WRIT FOR HABEAS CORPUS , APPLICATION PURSUANT TO ART. 11.07 (V.A.C.C.P.),(VERNONS 1977 ADD. SUPP.1983) AND FROM SUCH , SUPPORT SAY"S THE FOLLOWING:

I.

<u>THE PRO - SE ISSUES</u>

    APPLICANT IS A [P]RO-SE LITIGANT AND ASK THE COURT TO RECOGNIZE THAT HE IS AWRE OF HIS HANDI-CAP FROM THE UNSET.. HE RELIES ON THE COURT"S VIEW AND KEEN EYE TO OBTAIN JUSTICE AND HELP FOR HIS MEDICAL NEEDS AND THE PROBLEMS HE SIGHT"S !!! HAINES V. RERDER, 92.S. CT. 594 (1972) CITED BY HUGHES V. , REWE 101 S. CT. 173 (1980). THEREFORE APPLICANT ASK THE COURTS UNDER-STANDING AND PATIENTS, THAT HE "NOT" HELD TO THE RIGORS, AND OR PERFEC-TION OF A PARALEGAL , AND OR , ATTORNEY.

II.

<u>JURISDICTION</u>

    APPLICANT IS AN PRISONER IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE,AN ON THE MCCONNELL UNIT , BEEVILLE TEXAS, #3001 SOUTH EMILY DR.,78102 I.D. , UNIT, INSTITUTIONAL DIVISION.

III.

<u>THE FACTS OF WRIT I.E.</u>

    UNDER #8TH AMENDMENT FOR MEDICAL CARE HAMPERED BY CRUEL AND UNUSUAL PUN-ISHMENT, OR DEPREVATED CONDITIONS, SPAWN BY [D]ELIBERATE CONDITIONS KNOWN TO CAUSE BOTH MISERY AND PAIN WHILE SANCTION BY FACILITYS PHYSICIANS , AND NURSES , AS WELL THE HEAD OF COMPLIANCE MAKING LIGHT OF CONDITIONS IN DIRECT VIO-LATION, OF THE CONSTITUTION OF THE UNITED STATES AND ALSO THE U.N."S CONVEN-TION OF THE TORTURE CONVENTION OF THE UNITED NATIONS, THE TEXAS PENAL CODE,

## III.

PAGE TWO OF ONE...(CONT.)..<u>FACTS OF WRIT I.E.///</u>

-ANNOTATED, AND THE APPLICATIONS FOR 28-42-1983, MANY CLEAR THE OVERAL CONDITIONS WHICH BOTH DEBILITATE AND CAUSE ACTIONABLE SITUATIONS UN-DANTED BY LAW FROM THOSE WHOM BOTH BREECH AND BRAKE WITH POLICY AND STATUTES, AND THE COLOR OF LAW ..

## IV.

### ARGUMENTS AND AUTHORITYS

**MEDICAL CARE AND REHABILITATION,**[C]ALLOUS, AND [D]ELIBERATE TREATMENT EITHER BY OMISSION AND OR COMMISSION IS IN DIRECTION OF THE CONSTATUTION, EIGTH AMENDMENT, AND, TEXAS PENAL STATUTES, AND ANNOTATED CODES, UNDER 39.04, VIOLATIONS OF CIVIL RIGHTS OF PERSON IN CUSTODY, AS WELL 39.03, (a.), ... HB 29 18CH 1430 498.003 (f.), MEDICAL INFIRMATIVE, THE TORTURE SEVERE PAIN , OR TORTURE , SUFFERING IS INTENTIONALY MUST BE AFFLICTED INTENTIONALY , INFLICTED SEE, #8 C.F.R. SEC. 208.18 (a.)(1.). WEATHER BY FORCED INFORMATION, INTIMIDATION, OR COERCION, DISCRIMINATION OF "ANY" KIND. SEE, 8C.F.R. SEC. 208.18 (a.)(6). AND FURTHER 8 C.F.R. SEC. 208 18 (a) (1) WHERE BY ACQUIESENCE ,OMISSION, OR COMMISION THE ACT IS STILL WITH IN THERE PARVIEW TO BOTH LOCATE AND OR FIND THE CORRECT MEDICAL NEED AND ISSUES !!! ,8 C.F.R. SEC. 208 .18 (a) (7) , INHUMANE ACT"S WITH EXTREAM DELIBERATE CALLOUSNESSS !!!!!

## V.

### CONCLUSION

THAT THE DEADLY ABUSE FROM "NOT" ADHEREING TO THE OFFENDER HEREIN NAMED OFFENDER COLLINS HAS SUFFERED GREATLY UNNECCSSARLY AND DELIBERATLY FROM HIS BETTERS."**MISSION STATEMENT FOR THE INSTITUTIONAL DIVISION IS:**" THE DEPARTMENT OF CRIMINAL JUSTICE MISSION STATEMENT IS ,-INSTITUTIONAL DIVISION IS TO BROVIDE SAFE , AND APPROPRIATE CONFINMENT , SUPERVISION, REHABILITATION, AND REINTERGRATION OF ADULT FELONS, AND TO EFFECTIVELY MANAGE OR ADMINISTER CORRECTIONAL FACILTIES BASED ON CONSTITUTIONAL , AND STATUTORY STANDARDS,!!! TDCJ DOES "[N]OT, PROVIDE THIS KIND OF CARE FOR THE MENTALLY CHALLENBGE, OR THE PHYSICALLY , CHALLENGED. COLLINS IS BUT ONE PERSON IN MANY WHOM NEED COMPREHENSIVE HELP, AND SPECIAL NEEDS !!!! U.T.M.B. DOES NOT APPLY CORRECT AND SUITABLE GUIDELINES FOR PRODUCTIVE AND PREVENTITIVE,  VI.  HELP AND REHAB.U.T.M.B. IS WRONG.

### PRAYER

THAT U.T.M.B. BE BROUGHT BEFORE A INPANELED COMMISSION FOR FLAGRANT ABUSE, CO-SANCTION BY TDCJ"S MEDICAL HIER ARCHY AND COMMITTEES . THAT MY LEG, AND BACK AND STATUS BE EVALUATED, AND THAT WHAT HURST ME HURTS EVAN IF IT"S NOT ON THERE CHARTS OR IN THERE ABILITY TO BELIVE AND IT BE FOUND AN FIXED, POSTE HASTE !!!

PAGE THREE OF TWO... CONT...

#826278

**VERIFICATION**

I _Winford Earl Collins_, ON THIS DAY _1-3_, DATE _2000_, HEREBY DRAFT AND EXECUTE THIS DRAFT FOR THE PURPOSE OF ACHEIVING MY RIGHTS, UNDER LAW. FURTHER I CLAIM THAT "I" AM THE SOUL AUTHOR OF SAID...

EXECUTED THIS _January_ DAY _1-3_, _2000_.

SIGNED _Winford Earl Collins_

PRO-SE

#826278

**CERTIFICATION**

I _Winford Earl Collins_, DID ON THIS _January_ DAY _3_ DATE _2000_ SEND TO THE COURT OF CORPUS CHRISTI, TEXAS BY WAY OF UNITED STATES POSTAL SYSTEM ONE ORIGINAL, AND ONE COPY TO THE HONORABLE CLERK NANCY DOHERTY.

EXECUTED THIS _January_ DAY _3_, _2000_.

SIGNED _Winford Earl Collins_

PRO-SE