IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB - 1 2000

Michael N. Milby, Clerk of Court

WILFORD COLLINS § 4.
§
V. § C.A. NO. C-00-11
§
STATE OF TEXAS, ET AL. §

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge B. Janice Ellington, who shall

manage and prepare this case for trial. Magistrate Judge Ellington shall exercise all authority

granted to her under 28 U.S.C. § 636 including, without limitation, resolution of discovery

disputes and other pretrial disputes between the parties. On case or party dispositive motions

where decision of the district judge is necessary, the magistrate judge shall make recommendations

to the district judge promptly.

ORDERED this _____28_____ day of _____, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

City of San Diego
200 South Dr. Dunlap Hwy.
San Diego, Texas 78384
**Defendant**

Officer Brenda De Leon
San Diego Police Department
404 S. Mier
San Diego, Texas 78384
**Defendant**

Officer Andrew De Leon
San Diego Police Department
404 S. Mier
San Diego, Texas 78384
**Defendant**

Respectfully Submitted,

By: *James F. McKibben, Jr.*

James F. McKibben, Jr.
State Bar No. 13713000
Federal ID No. 914
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
(361) 882 - 6611 - Telephone
(361) 866 - 8039 - Telecopier

*signed with permission by Liza Marie Aguilar State Bar No. 24006741 Federal ID No. 23222*

ATTORNEY FOR DEFENDANTS
CITY OF SAN DIEGO, OFFICER BRENDA DE LEON AND
OFFICER ANDREW DE LEON

OF COUNSEL:

***BARGER, HERMANSEN, McKIBBEN & VILLARREAL, L.L.P.***
Liza Marie Aguilar
State Bar No. 24006741
Federal ID No. 23222
One Shoreline Plaza
800 N. Shoreline Blvd.
Suite 2000 - North Tower
Corpus Christi, Texas 78401
(361) 882 - 6611 - Telephone
(361) 866 - 8039 - Telecopier

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing legal document was served on all counsel of record by the method indicated below on this the ⟨2⟩/⟨31⟩ day of March, 2000:

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Mr. Gary P. Scoggins
*ATTORNEY AT LAW*
113 N. Reynolds
Alice, Texas 78332

James F. McKibben, Jr.

*Signed with permission by Liza marie Aguilar*
State Bar No. 24006741
Federal I.D. No. 23222

3