IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB - 9 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WINFORD E. COLLINS | § | |
| | § | |
| V. | § | C.A. NO. 00-11 |
| | § | |
| STATE OF TEXAS, ET AL. | § | |

## ORDER DESIGNATING CASE AS CIVIL RIGHTS ACTION AND REQUIRING PAYMENT OF THE FILING FEE

Winford E. Collins, a state prisoner proceeding *pro se*, filed this application for writ of habeas corpus (D.E. 1) alleging deliberate indifference to his serious medical needs in violation of the Eighth Amendment and seeking injunctive relief in the form of medical care.

A civil rights complaint under 42 U.S.C. § 1983 is the proper vehicle for a claim challenging conditions of confinement. See Allison v. Kyle, 66 F.3d 71, 73 (5th Cir. 1995) (per curiam); Cook v. Texas Dep't. of Criminal Justice Transitional Planning Dep't., 37 F.3d 166, 168 (5th Cir. 1994). In contrast, a claim in which a favorable judgment for plaintiff would "necessarily imply the invalidity of [a] conviction or sentence" is raised by habeas corpus. Heck v. Humphrey, 512 U.S. 477, 487, 114 S.Ct. 2364, 2372-73 (1994); Edwards v. Balisok, 520 U.S. 641, 647, 117 S.Ct. 1584, 1588 (1997). The proper vehicle to seek release from custody is a habeas petition. See Pugh v. Parish of St. Tammany, 875 F.2d 436, 439 (5th Cir. 1989).

Plaintiff cannot show that a judgment in his favor on an Eighth Amendment medical claim would necessarily imply the invalidity of his convictions or entitle him to immediate release from prison. Accordingly, the Court designates this petition for writ of habeas corpus as a prisoner civil rights action under 42 U.S.C. § 1983. A filing fee of $150.00 is required to proceed with a civil rights action. 28 U.S.C. § 1914(a). Plaintiff shall either pay the filing fee or submit an

application to proceed *in forma pauperis* with a certified copy of his trust fund account statement within twenty days of the date of this order.

ORDERED this ___8___ day of ___February___, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE