United States District Court
Southern District of Texas
ENTERED
MAR - 7 2000
Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

1.

| | | |
|---|---|---|
| WINFRED E. COLLINS | § | |
| | § | |
| VS. | § | C.A. NO. C-00-11 |
| | § | |
| STATE OF TEXAS, ET AL. | § | |

## ORDER TO SHOW CAUSE

Plaintiff, proceeding *pro se,* filed a petition pursuant to Section 2254, alleging that the State of Texas was deliberately indifferent to his serious medical needs and requesting injunctive relief. On February 9, 2000, the case was designated as a civil rights case pursuant to 42 U.S.C. § 1983. The Section 1983 forms were mailed to plaintiff as were the instructions for filing a lawsuit *in forma pauperis*. Plaintiff was given twenty days to complete the forms and to pay a filing fee of $150, or file a motion for leave to proceed *in forma pauperis*. To date he has failed to do so.

Plaintiff is ordered to show cause within twenty days of the date of this order, if any, why his case should not be dismissed for want of prosecution. Plaintiff may comply with this order by mailing the proper Section 1983 forms along with the filing fee or a completed application to proceed *in forma pauperis* and a copy of his *in forma pauperis* data sheet available from the law library. Failure to comply may result in the dismissal of this lawsuit.

ORDERED this ____6____ day of ____March____, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE