United States District Court
Southern District of Texas
ENTERED

MAR - 8 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WINFORD E. COLLINS | § | |
| | § | |
| V. | § | C.A. NO. C-00-11 |
| | § | |
| STATE OF TEXAS, UNIVERSITY | § | |
| OF TEXAS MEDICAL BRANCH | § | |

## ORDER TO SHOW CAUSE

On January 11, 2000, plaintiff filed his pro se writ of habeas corpus in the above-styled action. He alleged claims of deliberate indifference to his medical needs under the Eighth Amendment, and sought injunctive relief in the form of medical care. Plaintiff failed to include the filing fee, and did not file an application to proceed *in forma pauperis* ("ifp"). On January 14, 2000, the Court notified plaintiff of this deficiency, and ordered him to pay the fee of $150 or file an ifp application. (D.E. 3). Since the complaint appeared to confuse a writ of habeas corpus with a civil rights action under 42 U.S.C. § 1983, the Court designated the case as a civil rights action on February 8, 2000, and specified that plaintiff should pay the filing fee of $150.00 associated with a civil rights complaint within twenty days of that order (D.E. 6). Plaintiff was advised that failure to pay the filing fee might result in dismissal of his lawsuit. To date, plaintiff has not paid the filing fee, nor has he filed an ifp application.

Plaintiff is ordered to show cause why his complaint should not be dismissed for want of prosecution. Plaintiff is advised that, to proceed with this suit, he must pay the filing fee or file an application to proceed ifp and a copy of his Inmate Trust Account Statement, which can be obtained from a prison official. If an ifp application is filed, plaintiff will be assessed an initial

partial filing fee according to the amount in his inmate trust account. Failure to comply within twenty (20) days from the entry of this order may result in the dismissal of this action.

ORDERED this 7 day of March, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

2