United States District Court
Southern District of Texas
ENTERED

MAY 2 2 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WINFORD E. COLLINS | § | |
| | § | |
| V. | § | C.A. NO. C-00-11 |
| | § | |
| STATE OF TEXAS, ET AL. | § | |

## MEMORANDUM AND RECOMMENDATION

Plaintiff is an inmate who was formerly incarcerated in the Texas Department of Criminal Justice-Institutional Division. Proceeding *pro se*, plaintiff filed a civil rights complaint (D.E. 1) under 42 U.S.C. § 1983 alleging that defendants violated his constitutional rights.

For the reasons discussed below, it is recommended that plaintiff's claims be dismissed for want of prosecution under Fed. R. Civ. P. 41(b).

## I. JURISDICTION

The Court has federal question jurisdiction. 28 U.S.C. § 1331.

## II. DISCUSSION

Plaintiff filed a document he titled a petition for habeas corpus on January 11, 2000. On February 8, 2000, the Court designated plaintiff's filing as a civil rights complaint, because plaintiff was challenging the conditions of his confinement. D.E. 6. The Court also ordered plaintiff to pay the filing fee or file an application to proceed in forma pauperis. D.E. 3. Plaintiff did neither.

On March 6, 2000, the Court ordered the plaintiff to show cause why his claims should not be dismissed for want of prosecution. D.E. 7-8. The order required plaintiff to respond within 30 days. To date, plaintiff has not responded to this order.

1

Accordingly, it is recommended that plaintiff's claims be dismissed for want of prosecution.

## III. RECOMMENDATION

For the foregoing reasons, it is recommended that plaintiff's claims be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

RESPECTFULLY SUBMITTED this 19 day of May, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

2

ClibPDF - www.fastio.com

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel.  Within **TEN (10) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1)(C) and Article IV, General Order No. 80-5, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within TEN (10) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court.  <u>Douglass v. United Services Auto Ass'n</u>, 79 F.3d 1415 (1996) (en banc).

ClibPDF - www.fastio.com