IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
JUN 1 3 2001
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| WINFORD E. COLLINS | § § | |
| VS. | § § | CIVIL ACTION NO. C-00-11 |
| STATE OF TEXAS, ET AL. | § | |

## FINAL JUDGMENT

A final judgment is entered dismissing plaintiff's claims without prejudice.

ORDERED this _____ day of _____, 2001.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE